# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-23277-Civ-COOKE/GOODMAN

CARL PHILOGENE REMY,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, LLC
and STUDENTASSISTANCE
CORPORATION,

    Defendants.

_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own attorney's fees and costs, except as otherwise agreed in their Settlement Agreement. (ECF No. 41). The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**DONE and ORDERED** in Chambers, at Miami, Florida, this 23rd day of May 2018.

                                                     */s/ Marcia G. Cooke*
                                                     MARCIA G. COOKE
                                                     United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*